| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| APRIL PREMO WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>FANNIE MAE, BANK OF AMERICA, FHFA, ADRIANA RODRIQUEZ, HUGH FRATER, BRIAN MOYNIHAN, MARK CALABRIA<br><br>Defendants. | Case No. 1:21-cv-848-AWI-HBK<br><br>ORDER DIRECTING PLAINTIFF TO PAY THE FILING FEE OR SUBMIT AN *IN FORMA PAUPERIS* APPLICATION |

The matter comes before the court upon *sua sponte* review of the file. Plaintiff April Premo initiated this action by filing a *pro se* complaint on May 26, 2021. (Doc. No. 1). Plaintiff neither accompanied the complaint with the requisite $402.00 filing fee nor an application for leave to proceed *in forma pauperis* under 28 U.S.C. § 1915. (*See* docket).

Accordingly, it is **ORDERED**:

1. Within twenty-one (21) days of the date of this order, Plaintiff shall either submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action.

2. No requests for extension will be granted without a showing of good cause.

1

3. Plaintiff is warned that a failure to comply with this order may result in dismissal of this action.

IT IS SO ORDERED.

Dated: June 1, 2021

*signature*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE