# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **APRIL PREMO WILLIAMS,** | **CASE NO. 1:21-CV-0848 AWI HBK** |
| Plaintiff | **ORDER REFERRING PENDING MOTION TO MAGISTRATE JUDGE HELENA BARCH-KUCHTA** |
| v. | |
| **FANNIE MAE, BANK OF AMERICA, FHFA, ADRIANA RODRIQUEZ, HUGH FRATER, BRIAN MOYNIHAN, AND MARK CALABRIA,** | **ORDER VACATING SEPTEMBER 27, 2021 HEARING DATE** |
| Defendants | |

Plaintiff has filed a complaint in which she alleges disability discrimination. Defendants have filed a motion to dismiss. Plaintiff has filed an opposition entitled motion to not dismiss case. The Court finds that the pending motion should be referred to Magistrate Judge Helena Barch-Kuchta for entry Findings and Recommendations pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72.

Accordingly, it is HEREBY ORDERED that:

1. The pending motion to dismiss and opposition entitled motion to not dismiss case is REFERRED to Magistrate Judge Barch-Kuchta;
2. The September 27, 2021 hearing before the undersigned is VACATED; and
3. If Magistrate Judge Barch-Kuchta desires a hearing on the pending motion, Magistrate Judge Barch-Kuchta's Chambers will contact the parties and set a hearing date at Magistrate Judge Barch-Kuchta's convenience.

IT IS SO ORDERED.

Dated:  September 22, 2021                                                                  _____
                                                                                                                    SENIOR DISTRICT JUDGE