UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL PREMO WILLIAMS,<br><br>    **Plaintiff,**<br><br>    v.<br><br>FANNIE MAE, BANK OF AMERICA, FHFA, ADRIANA RODRIQUEZ, HUG FRATER, BRIAN MOYNIHAN, MARK CALBRIA,<br><br>    **Defendant.** | Case No. 1:21-cv-00848-AWI-HBK<br><br>**ORDER GRANTING PLAINTIFF UNTIL FEBRUARY 10, 2022 TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION**<br><br>(Doc. No. 16) |

    Plaintiff April Williams initiated this action proceeding *pro se* by filing a complaint. (Doc. No. 1). Plaintiff paid the filing fee to proceed in this action. (CAE 100048568). The matter was referred to the assigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District Local Rule 302. (See Doc. No. 12).

    On December 17, 2021, the Magistrate Judge issued a Findings and Recommendations recommending that the court grant Defendants' motion to dismiss. (Doc. No. 14). The Findings and Recommendations served on Plaintiff contained notice that any Objections to the Findings and Recommendations were due in fourteen days. (Doc. No. 12 at 1, 15).

    On January 6, 2022, the Court received a response to the Findings and Recommendation from Plaintiff. See Doc. No. 16. The response *inter alia* requests additional time to respond to

the Findings and Recommendation due to the date that Plaintiff received the Findings and Recommendation (near Christmas), limited access to a law library, and difficulties associated with Covid 19.  See id.  Considering the above, as well as Plaintiff's pro se status, the Court will give Plaintiff until February 10, 2022 in which to file a response to the Findings and Recommendation.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted until February 10, 2022 in which to file a response/objections to the Findings and Recommendation; and
2. The December 17, 2021 Findings and Recommendation remain pending.

IT IS SO ORDERED.

Dated:   January 11, 2022

SENIOR DISTRICT JUDGE

2