UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **APRIL PREMO WILLIAMS,** | Case No.  1:21-cv-848-AWI-HBK |
| **Plaintiff,** | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| v. | |
| **FANNIE MAE, BANK OF AMERICA, FHFA, ADRIANA RODRIQUEZ, HUGH FRATER, BRIAN MOYNIHAN, MARK CALABRIA,** | (Doc. No.  14) |
| **Defendants.** | |

Plaintiff April Premo Williams initiated this action proceeding *pro se* by filing a Complaint against Bank of America, N.A. Federal National Mortgage Association (dba Fannie Mae), Hugh Frater, Brian Moynihan, Mark Calabria, and Adrianna Rodriquez.[1] (Doc. No. 1.) Plaintiff's motion to proceed *in form pauperis* was granted.  (Doc. No. 3.)  The matter was referred to the assigned United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On December 17, 2021, the magistrate judge issued a findings and recommendations recommending the district court: (1) grant Defendants' Request for Judicial Notice as to Exhibits A and B; (2) grant the motion to dismiss as to Defendants Hugh Frater, Brian Moynihan, and

---

[1] Notably, Defendant Mark Calabria does not appear to have received service of process under Federal Rule of Civil Procedure 4(m).  (See docket).  Rule 4(m) requires a plaintiff to serve a defendant within 90 days of filing the complaint.  The time may be extended for good cause shown.  If a defendant is not served within the requisite time period, after notice to plaintiff, the court must dismiss the action without prejudice, or order that service be made within a certain time period. When filing an amended complaint, the time to serve begins again.

Adrianna Rodriquez without leave to amend; (3) grant the motion to dismiss as to Defendants Bank of America and Fannie Mae with leave to amend; (4) deny Plaintiff's incorporated motion for preliminary injunction.  (See Doc. No. 14).  The findings and recommendations served on Plaintiff contained notice that Objections to the findings and recommendations were due within fourteen days.  (Id. at 1, 15.)  Plaintiff moved for an enlargement of time to file objections, which the district court granted permitting until February 10, 2022.  (Doc. Nos. 16, 17.)   Plaintiff timely filed objections entitled "reply to findings and recommendations" consisting of fifty-one pages on February 8, 2022.  (Doc. No. 18.)  Plaintiff's objections incorporate within the document one page of Defendants' request for judicial notice.  (Id. at 10.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on December 17, 2021 are adopted in full.

2.  Defendants' Request for Judicial Notice as to Exhibits A and B is **granted**.

3. The motion to dismiss filed on behalf Defendants Hugh Frater, Brian Moynihan, and Adrianna Rodriquez is **granted**, without leave to amend.

4. The motion to dismiss filed on behalf of Defendants Bank of America and Fannie Mae is **granted**.  However, Plaintiff is permitted to file an amended complaint against these defendants only no later than April 25, 2022.

5. If Plaintiff does not file an amended complaint against Defendants Bank of America and Fannie Mae, the Clerk will be directed to **dismiss** this case for lack of prosecution.

6. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   March 25, 2022

SENIOR DISTRICT JUDGE