UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL PREMO WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>FANNIE MAE, ET. AL.,<br><br>  Defendants. | Case No. 1:21-cv-848-AWI-HBK<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR CLARIFICATION<br><br>(Doc. No. 24) |

Plaintiff initiated this action proceeding *pro se* by filing a complaint on May 26, 2021. (Doc. No. 1). Pending before the court is Plaintiff's "request for clarification whether Bank of America is lender or Fannie Mae is the . . . lender," filed on March 31, 2022. (Doc. No. 24). Plaintiff stated that she was told by Fannie Mae that it was the lender, but Bank of America has reported her to the credit report agencies. (*Id.* at 1). Thus, Plaintiff seeks clarification from the Court about the proper identity of her mortgage lender. (*Id.*). Plaintiff encloses mortgage and loan related documents to her motion. (*Id.* at 2-83).

As a matter of course the Court generally will provide clarification to a party who seeks clarification about a court order or ruling. The instant motion does not pertain to an order or ruling issued by the Court. Instead, the information Plaintiff seeks appears to be a question of fact upon which is not appropriate for the Court to opine via motion. Accordingly, the Court denies Plaintiff's motion. Plaintiff is reminded that she remains under a court-ordered deadline to

1  file an amended complaint no later than **April 22, 2022**.

2  Accordingly, it is **ORDERED**:

3  Plaintiff's motion for clarification (Doc. No. 24) is DENIED.

Dated:   April 1, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE