**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **APRIL PREMO WILLIAMS,** | **CASE NO. 1:21-CV-0848 AWI HBK** |
| **Plaintiff** | **ORDER  REFERRING PENDING MOTIONS TO MAGISTRATE JUDGE HELENA BARCH-KUCHTA** |
| **v.** | |
| **FANNIE MAE, et. al.,** | **ORDER VACATING JUNE 13, 2022 HEARING DATE** |
| **Defendants** | |

Plaintiff has filed a complaint in which he alleges disability discrimination.  Defendants have filed a motion to dismiss.  <u>See</u> Doc. No. 31.  In response, Plaintiff filed a motion for accommodation and request for appointment of counsel.  <u>See</u> Doc. No. 34.   The Court finds that the pending motions should be referred to Magistrate Judge Helena Barch-Kuchta for entry of Findings and Recommendations pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72.

Accordingly, it is HEREBY ORDERED that:

1.   Defendants' pending motion to dismiss (Doc. No. 31) and Plaintiff's related motion for accommodation (Doc. No. 34) are referred to Magistrate Judge Helena Barch-Kuchta;

2.   The June 13, 2022 hearing before the undersigned is VACATED; and

3.   If Magistrate Judge Barch-Kuchta desires a hearing on the pending motions, Magistrate Judge Barch-Kuchta's Chambers will contact the parties and set a hearing date at her convenience.

IT IS SO ORDERED.

Dated:   June 7, 2022     _____

SENIOR  DISTRICT  JUDGE